UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY, a/s/o Alan Hering and Gail Hering

      Plaintiff,

v.                                    Case No: 2:15-cv-500-FtM-99CM

TOSHIBA AMERICA INFORMATION SYSTEMS, INC. and BEST BUY STORES, L.P.,

      Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Motion to Retain Mediator (Doc. #24) filed on September 21, 2015. The Parties move the Court for permission to utilize mediator Ron Shapiro, located at 1571 Sawgrass Corporate Parkway, Suite 130, Sunrise, FL 33323. Mr. Shapiro is certified in the Southern District of Florida, but is not certified in the Middle District of Florida. As the parties have stipulated to using Mr. Shapiro for mediation, the Court finds good cause to grant the leave requested.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The Motion to Retain Mediator (Doc. #24) is **GRANTED**. Counsel is responsible for notifying and/or providing pertinent documents to the mediator as the Middle District of Florida does not serve mediators as a matter of course.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of September, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record