UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNIVERSAL PROPERTY &
CASUALTY INSURANCE
COMPANY, a/s/o Alan Hering and
Gail Hering

     Plaintiff,

v.                           Case No: 2:15-cv-500-FtM-99CM

TOSHIBA AMERICA
INFORMATION SYSTEMS, INC.
and BEST BUY STORES, L.P.,

     Defendants.

## ORDER

This matter comes before the Court upon review of Defendant, Toshiba America Information Systems, Inc.'s Motion to Compel Responses to Discovery and Memorandum of Law in Support ("Motion to Compel," Doc. 34) filed on July 19, 2016. On August 2, 2016, the parties filed an Agreed Order on the Motion to Compel. Doc. 35 at 3. Based on the agreement of the parties, the motion is due to be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant, Toshiba America Information Systems, Inc.'s Motion to Compel Responses to Discovery and Memorandum of Law in Support (Doc. 34) is **GRANTED**.

2. Within seven (7) days from the date of this Order, Plaintiffs shall subpoena purchase history records for the credit cards held by the insureds for the

- 2 -

time period of 2007 to 2014.

3. Within fifteen (15) days of receipt of the records provided in paragraph 2, Plaintiffs shall provide copies of the records to Toshiba America Information Systems, and redact only what is deemed highly confidential. Should Toshiba America Information Systems contest any of the redactions, they may do so by filing a motion with the Court.

4. Within seven (7) days from the date of this Order, Plaintiffs shall perform a credit check on the insureds to ensure all credit cards and lines of credit open from 2007-2014 are known and that all credit card companies are subpoenaed pursuant to paragraph 2 above.

**DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of August, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record