UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNIVERSAL PROPERTY & CASUALTY
INSURANCE COMPANY, a/s/o Alan
Hering and Gail Hering

       Plaintiff,

v.                                                                                           Case No:   2:15-cv-500-FtM-99CM

TOSHIBA AMERICA INFORMATION
SYSTEMS, INC. and BEST BUY
STORES, L.P.,

       Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on Plaintiff's Motion for Voluntary Dismissal of Defendant, Best Buy Stores, L.P. Only (Doc. #38) filed on October 19, 2016.  Plaintiff moves for dismissal of Defendant Best Buy Stores, L.P. who has already filed an Answer in this case.  (Doc. #30).  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action voluntarily if a stipulation of dismissal is signed by all parties who have appeared. This dismissal is effective upon filing and requires no further action by the Court. See *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).  Here, rather than file a stipulation signed by all parties who have appeared in compliance with Federal Rule 41, Plaintiff improperly filed a Motion to Dismiss.  Therefore,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

the Motion to Dismiss will be denied.  Plaintiff may refile a stipulation of dismissal with the Court, signed by all parties.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Voluntary Dismissal of Defendant, Best Buy Stores, L.P. Only (Doc. #38) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of October, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record