UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNIVERSAL PROPERTY &
CASUALTY INSURANCE
COMPANY, a/s/o Alan Hering and
Gail Hering

      Plaintiff,

v.                                        Case No: 2:15-cv-500-FtM-99CM

TOSHIBA AMERICA
INFORMATION SYSTEMS, INC.,

      Defendant.

## ORDER

This matter comes before the Court upon review of the parties' Motion to Retain Mediator (Doc. 48) filed on February 8, 2017. On September 21, 2015, the parties filed their first Motion to Retain Mediator, seeking to retain Ron Shapiro, who is certified in the Southern District of Florida, as their mediator. Doc. 24. United States District Judge Sheri Polster Chappell granted their motion. Doc. 27. The parties filed the present motion seeking to substitute Ron Shapiro with Dominic Brandy as their mediator because of their scheduling conflicts. Doc. 48. The parties allege that Dominic Brandy also is certified in the Southern District of Florida. *Id.* Because the parties stipulated to the substitution of their mediator, and Judge Chappell previously granted the parties' similar motion, the Court finds good cause to grant the present motion and allow the substitution of Ron Shapiro with Dominic Brandy as the parties' mediator. Docs. 27, 48.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Motion to Retain Mediator (Doc. 48) is **GRANTED**.

2. Dominic Brandy of the law firm of Upchurch, Watson, White & Max, Royal Palm II at Southpointe, 900 S. Pine Island Road, Suite 410, Plantation, FL, 33324, is designated as the parties' mediator.

3. Counsel is responsible for notifying and providing pertinent documents to the mediator as the Middle District of Florida does not serve mediators as a matter of course.

**DONE** and **ORDERED** in Fort Myers, Florida on this 22nd day of February, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record